**STATE of Missouri, Respondent,**

v.

**Kevin A. ROBLING, Appellant.**

**No. WD 48202.**

Missouri Court of Appeals,
Western District.

Feb. 6, 1996.

Jarrett Aiken Johnson, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, C.J., P.J., LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM.

The defendant appeals from his conviction, by a jury, of first degree assault, § 565.050, RSMo 1994, and from the denial of his Rule 29.15 motion without an evidentiary hearing.

Affirmed. Rule 30.25(b).